AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

INFORMATION ASSOCIATED WITH THE CELLULAR
DEVICE ASSIGNED CALL NUMBER (530) 715-4841 IN
THE CUSTODY OR CONTROL OF VERIZON

Case No. M- 23-495-SM

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ Western _____ District of _____ Oklahoma _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Distribution of child pornography |

The application is based on these facts:

See Affidavit, attached hereto

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Marisol Flores
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/29/23

City and state:  Oklahoma City, Oklahoma

*Judge's signature*

Suzanne Mitchell, U.S. MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (530) 715-4841 IN THE CUSTODY OR CONTROL OF VERIZON | Case No. M - 23- 495 - SM <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Marisol Flores, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain cellular device assigned with call number **(530) 715-4841** (the "**Subject Account**") that is in the custody or control of **VERIZON,** a wireless communications service provider that accepts process at 180 Washington Valley Road, Bedminster, NJ 07921.  As a provider of wireless communications service, **VERIZON** is a provider of "electronic communications service," as defined in 18 U.S.C. § 2510(15).

2.      The information to be searched is described in the following paragraphs and in **Attachment A**.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) and Federal Rule of Criminal Procedure 41 to require **VERIZON** to disclose to the government the information further described in Section I of **Attachment B**.  Upon receipt of the information described in Section I of **Attachment B**,

government-authorized persons will review the information to locate the items described in Section II of **Attachment B**.

3.    Because this warrant seeks the prospective collection of information, including cell-site location information, that may fall within the statutory definition of information collected by a "pen register" and/or "trap and trace device," *see* 18 U.S.C. § 3127(3) & (4), the requested warrant is designed to also comply with the Pen Register Act, *see* 18 U.S.C. §§ 3121–3127.  The requested warrant therefore includes all the information required to be included in an order pursuant to that statute, including a certification from an attorney for the government that the information likely to be obtained by the requested pen register and trap-and-trace device is relevant to an ongoing criminal investigation.  *See* 18 U.S.C. § 3123(b)(1).  That certification is attached as **Attachment C**.

4.    In sum, this affidavit is made in support of an application for three distinct items: (1) a pen register and trap-and-trace device on the **Subject Account**, pursuant to 18 U.S.C. § 3121–3127; (2) a "ping" on the **Subject Account**, pursuant to 18 U.S.C. § 2703 and Fed. R. Crim. P. 41(c); and (3) an order for historical and prospective cell site data for the **Subject Account**, pursuant to 18 U.S.C. § 2703(d).

5.    . I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.  I have been a Special Agent with the Federal Bureau of Investigation (FBI) since 2015.  In this capacity, my responsibilities include the investigation of possible violations of federal

law, including the investigation of crimes against children. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants.

6.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7.     Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2252A(a)(2)(A), distribution of child pornography ("the Target Offense"), have been committed by **Chad Quinnell ("QUINNELL")**. There is also a warrant that has been issued for the arrest of **QUINNELL**. There is also probable cause to search the information described in **Attachment A** to assist and aid in the apprehension of **QUINNELL** as further described in **Attachment B**.

8.     The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. §§ 2711 & 3127. Specifically, the Court is a district court of the United States that has jurisdiction over the offenses being investigated. *See* 18 U.S.C. §§ 2711(3)(A)(i) & 3127(2)(A)(i).

9.     Law enforcement, including the Federal Bureau of Investigation, is conducting a criminal investigation into the distribution of child pornography in the Western District of Oklahoma. **QUINNELL** has been identified as the sender of multiple videos of child pornography.

3

## **PROBABLE CAUSE**

10.     On June 28, 2023, a sealed criminal complaint was issued against **QUINNELL** in the Western District of Oklahoma charging **QUINNELL** with distributing child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A). On the same day, a federal arrest warrant was issued for **QUINNELL**.

11.     The probable cause underlying the complaint is relayed in paragraphs 12 through 24 below.

12.     On or about January 31, 2023, I, working in an undercover capacity, was contacted by **QUINNELL** through a website on the Internet called FetLife.[1] **QUINNELL** used the FetLife profile username, "Berserker_", and posted a photo of himself on his profile. After communicating on FetLife, **QUINNELL** communicated with me via SMS text messaging, utilizing phone number 530-715-4841, and an online messaging application that uses the Internet called Wire,[2] using profile name, "thegodofnone."

13.     **QUINNELL** was identified as the user of "Berserker_" on the FetLife website, the user of phone number 530-715-4841, and the user of "thegodofnone," through

_____

[1] FetLife is described on its website as "the Most Popular Social Network for the BDSM, Fetish & Kinky Community," with its mission stating, "To help people feel comfortable with who they are sexually."

[2] Wire is described on its website as "Secure communication for the highest security demands." And, it states, "End-to-end encrypted messaging, conferencing, file exchange, and more."

4

**QUINNELL**'s own statements made during the chats, open-source checks, as well as sending several photos of himself to me, which investigators matched to **QUINNELL**'s driver's license photo.[3]

14.     On or about January 31, 2023, **QUINNELL**, utilizing username "Berserker_", sent a FetLife direct message to me saying, "How are you today? I like your profile and I would like to chat.  I saw you in the sex with mother and daughter group. Check out my profile and if you have any questions or likes please hit me back. Thank you for your time. I hope to hear from you soon."

15.     On or about June 16, 2023, I replied, "more into real life taboos … if that's what you are into."  **QUINNELL** said, "I very much am into real life taboo and looking for other into real life alsom […] I really want a naughty incest family.  Taught sex from day 1.  On or about June 17, 2023, **QUINNELL** said, "I would love to talk off here in more detail if you are willing. I can text, telegram, wire and kik. […] Contact me  Text: 530-

---

[3] During the chats, "Berserker_" stated he was a "46 M", and to "Contact me Text: 530-715-4841 Wife & Telegram: @thegodofnone Kik: man_about_town77 Names Chad."

During the SMS texts between myself and phone number 530-715-4841, the user of phone number 530-715-4841 sent three photos depicting his face.  Those three face photos were compared to **QUINNELL**'s driver's license photo, which was a match.  Phone number 530-715-4841 also sent a message saying, "Look me up, Chad quinnell."  Open-source checks also show **QUINNELL** having phone number 530-715-4841.

[4] **QUINNELL**'S criminal history revealed a 2013 conviction in California for arranging to meet with a minor.

715-4841 Wife & Telegram: @thegodofnone Kik: man_about_town77 Names Chad."
On or about June 21, 2023, I replied, "i'll send you a text."

16.    On or about June 21, 2023, I sent an SMS message to **QUINNELL**, utilizing phone number 530-715-4841, saying, "Hi Chad." **QUINNELL** later asked me, "And what's your real life taboos? Don't hold back [...] Few limits here. Very into incest family, beast and bathroom. You?" I replied, "I'm into watching my kids have fun with the men in my life." **QUINNELL** then said, "Our kinks line up." When **QUINNELL** asked me what ages my daughters were, I replied, "9 and 12 [...] every been with littles?", to which **QUINNELL** said, "Perfect ages to fuck [...] Yes. I have many times." **QUINNELL** then stated his intentions when he texted, "I'd like to breed the older daughter [...] They get used much? [...] I fuck her every day tel pregnant. Then keep her home and home birth. Then breed her again. And then milk her." **QUINNELL** continued, "Ideally I want them as my breeders [...] Raise the family together sexually. All the generations [...] And I'm actually serious about this."

17.    When I clarified, "I'm not into men myself [...] Is that a deal breaker," **QUINNELL** answered, "No. I know another mother daughter combo who we can join and the mom loves women to." As **QUINNELL** and I discussed the lifestyle of sexual acts with minors, **QUINNELL** asked, "May i see your daughter's bodies?" to which I replied, "We don't do pics or vids bc we got burned last year." **QUINNELL** commiserated saying, "I know the feeling. I've been there [...] Yes really. Honesty did time for it [...] Craigslist

meet said 15 and I said ok, it was a bust.[4]"  Later in the chat, when I asked **QUINNELL** what he would teach the girls, he replied, "Teach them sex, oral, vaginal and anal.  Then teach them mindset of serving me and being breeders."

18.     On or about June 22, 2023, **QUINNELL** sent an SMS message to me saying, "So if I said, I'm going to be part of a family and we will live like we want.  Would you and the girls be interested in joining?"  **QUINNELL** went on to describe living with several other adults and one minor, "Me, a mom and daughter, and another woman and man. I breed them all and raise the kids how we like."

19.     On June 23, 2023, **QUINNELL** told me via SMS message, "I was hoping to meet you one day."  I replied, "Me or the girls?".  **QUINNELL** clarifies, "Meet you and play with them […] Wish I know you better. I would ask to play with the girls."  I then asked, "What would you do with them?"  **QUINNELL** answered, "Eat them. Touch them, finger them and sex if possible."  During the chats I re-stated the ages of the daughters and named them, "Steph is 12, Cori is 9."  **QUINNELL** then began using their names as he described his desire to be with the girls sexually, "Cori if stretched a bit could explore a bit.  But takes time. […] Can I admit I would love to breed steph?"  Later, **QUINNELL** explained he had plans to meet an adult female in Florida who was, "28, 3 girls, 3, 3, and 2 and expecting.  She's naughty like us and bi."  **QUINNELL** invited me to, "Come visit

---

[4] **QUINNELL'S** criminal history revealed a 2013 conviction in California for arranging to meet with a minor.

when I settle [...] Maybe talk breeding Steph." **QUINNELL** later told me, "Let cori rub over my cock and see what she can take."

20.     I then asked **QUINNELL**, "Before we do our bedtime routine Tell me what your bedtime routine is," to which **QUINNELL** replied, "Mine alone is lots of masturbating. Haha. Would love to tuck them each in with sex." I asked, "What do u masterbate to." **QUINNELL** answered, "Usually pregnant, or kiddie." I went on, "What kiddie porn do u get off to," and **QUINNELL** said, "Many kinds. Kids and kids to kids and adults." When I described the difficulty of looking on the dark web, in reference to child pornography, **QUINNELL** stated, "It's not easy. Plus never send by anything not encrypted." I responded, "I like texting, but I do have wire for whenever [...] Just don't check it that often." **QUINNELL** then provided me with his username on Wire, "@thegodofnone [...] Hit me up there later."

21.     I connected with **QUINNELL**, who was utilizing username "thegodofnone" on Wire shortly thereafter. **QUINNELL** told me, "Sleep well," and I replied, "cool name on here You to." Then, at approximately 9:45pm CST, on June 23, 2023, **QUINNELL** sent the following message on Wire to me, "Something for your time ..." with a video attachment. The video is described as follows:

- Video: 6B3CD157-E913-4298-8438-9FE309635FD4, MP4 format, 5.3 MB in size and 2:00 in length; depicts an adult female and prepubescent female lying on what appears to be a bed with pink sheets. Neither of the females is wearing any clothes, and the adult female is on her knees crouched down and leaning over the prepubescent female, who is lying on her back with her arms and legs spread out to

8

her sides. The adult female has her hands positioned on the thighs of the prepubescent female's legs and, as the camera zooms in closer, the adult female places her mouth and tongue on the prepubescent female's exposed vagina, making kissing noises as she does so. As the video continues, the adult female uses her hands and fingers to further spread and expose the prepubescent female's vagina, then engages in more kissing of the exposed vagina. Eventually, the prepubescent female rolls to her left side and the adult female uses her hand to spread and expose the prepubescent female's anus and vagina.

22.     On June 25, 2023, I told **QUINNELL**, via SMS message, to travel safe on a trip, to which **QUINNELL** replied, "Wish I was comming to you [...] Almost to 35, wish I was taking it to the girls." I later said, "Oh, meant to tell you I finally got to check my wire today and loved loved loved the vid. So hot [...] Thank you for sending, it was a wet treat this morning." **QUINNELL** replied, "Wish I had more to offer you! Want more?" I never answered **QUINNELL**'s question, but said, "Just take care of my girls and I'll be happy as a peach." **QUINNELL** replied, "I would love living there and daily training. A man can wish." Later in the chat, **QUINNELL** said, "Check wire for a treat."

23.     At approximately 3:44pm on June 25, 2023, **QUINNELL**, utilizing Wire username "thegodofnone" sent me a video attachment. The video is described as follows:

- Video: 33CAD3BC-0683-4333-AB03-1ED3A166892C, MP4 format, 8.5 MB in size and 1:18 in length (with the caption "telegram:@cp833" in the upper right corner of the frame); depicts what appears to be an adult female wearing panties and a prosthetic penis and kneeling on what appears to be a bed. Lying on her back to

the front of the adult female, with her exposed vagina facing the adult female's prosthetic penis, is a naked, prepubescent female. The prepubescent female has her legs bent at the knee with her thighs pressed against her chest. The adult female uses her hands, with red colored fingernails, to further press the prepubescent female's thighs against her chest. The adult female then inserts the prosthetic penis into the prepubescent female's exposed vagina and engages in vaginal sex. The prepubescent female appears to try to move to prevent the adult woman from further engaging in vaginal sex and makes distressing sounds with her mouth. In response, the adult woman uses her hands to further control the prepubescent's arms and legs and then pulls her up to a sitting position. While holding the prepubescent female in a sitting position on her lap, the adult female continues to engage in vaginal sex with the prepubescent female. As the video progresses, the adult female moves and positions the prepubescent female on her hands and knees so that her exposed vagina is facing the adult female's prosthetic penis. The adult female grabs a hold of the prepubescent female's rear end and moves it closer to her prosthetic penis and inserts it into the exposed vagina, engaging in more vaginal sex.

24.     On both occasions that **QUINNELL** sent me the above-described videos, I was located in Oklahoma County, which is within the Western District of Oklahoma.

25.     During the SMS chats between myself and **QUINNELL**, **QUINNELL** expressed a desire to travel from another state to Oklahoma City to meet me and my fictitious minor daughters.

10

26.     On June 28, 2023, I asked **QUINNELL**, "So what next?" **QUINNELL** answered, "We meet [...] See if we work this well in person." I went on to say, "Well, I'll have to see if the girls like you and like being with you. That's most important to me. [...] And I want to be able to explain to them all the things that'll happen when we all meet the first time." **QUINNELL** replied, "Ideally we do everything we can do. Steog feel me in her. Cori feel me rub all on her and see how much she can take. Steph." **QUINNELL** went on to say, "Can I see pics of you and the girls now? I'm debating leaving here tomorrow. Want to meet me tomorrow and if you like me spend the night?" I replied, "Wow, the girls will be so excited – I think I could take off a few hours." **QUINNELL** replied, "I'm about 8 hours away." I said, "I can get off around 11am, could you be here around then." **QUINNELL** answered, "I can't be there that early with the drive. It would be more like 3pm."

27.     Later, during the evening of June 28, 2023, **QUINNELL** indicated to me that he would come to Oklahoma to meet on Friday, June 30, 2023, instead.

28.     Based on **QUINNELL**'s messages, I believe **QUINNELL** will be traveling to the Oklahoma City area. **QUINNELL** is thus likely traveling interstate to engage in sexual acts with minors and he has an active arrest warrant for the distribution of child pornography. Under these circumstances, obtaining and utilizing information requested in this affidavit will assist in locating and apprehending **QUINNELL**.

29.     Based on an open-source inquiry, I believe **VERIZON** provides service for the **Subject Account**.

11

30.     In my training and experience, I have learned that **VERIZON** is a company that provides cellular communications service to the general public.  I also know that providers of cellular communications service have technical capabilities that allow them to collect and generate information about the locations of the cellular devices to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records."  Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular device and, in some cases, the "sector" (i.e., faces of the towers) to which the device connected. These towers are often a half-mile or more apart, even in urban areas, and can be ten (10) or more miles apart in rural areas.  Furthermore, the tower closest to a wireless device does not necessarily serve every call to or from that device.  Accordingly, cell-site data provides an approximate general location of the cellular device.

31.     Based on my training and experience, I know that **VERIZON** can collect cell-site data about the **Subject Account**.  Based on my training and experience, I know that for each communication a cellular device makes, its wireless service provider can typically determine: (1) the date and time of the communication; (2) the telephone numbers involved, if any; (3) the cell tower to which the customer connected at the beginning of the communication; (4) the cell tower to which the customer connected at the end of the communication; (5) the cell tower roundtrip network measurements from tower to device and back to tower, commonly referred to as Timing Advance data; and (6) the duration of the communication.  I also know that wireless providers such as **VERIZON** typically collect and retain cell-site data pertaining to cellular devices to which they provide service

12

in their normal course of business in order to use this information for various business-related purposes.

32.     Based on my training and experience, I know each cellular device has one or more unique identifiers embedded inside it. Depending on the cellular network and the device, the embedded unique identifiers for a cellular device could take several different forms, including an Electronic Serial Number ("ESN"), a Mobile Electronic Identity Number ("MEIN"), a Mobile Identification Number ("MIN"), a Subscriber Identity Module ("SIM"), a Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), an International Mobile Subscriber Identifier ("IMSI"), or an International Mobile Equipment Identity ("IMEI"). The unique identifiers—as transmitted from a cellular device to a cellular antenna or tower—can be recorded by pen-trap devices and indicate the identity of the cellular device making the communication without revealing the communication's content.

33.     Based on my training and experience, I know wireless providers such as **VERIZON** typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless communication service. I also know that wireless providers such as **VERIZON** typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular device and other transactional records, in their normal course of business. In my training and experience, this information

may assist in locating and apprehending **QUINNELL**. In my training and experience, this information may also constitute evidence of the crimes under investigation because the information can be used to identify the **Subject Account's** user or users and may assist in the identification of co-conspirators.

34.     Based on my training and experience, the combination of both historical and prospective location information is helpful in locating individuals. The historical location information from cellular phones can help establish a pattern of life, while prospective location information—including cell-site information, phone pings, and timing advance measurements/distance-to-tower measurements—can help provide more precise real-time information regarding the location of the **Subject Account's** user. To help ensure that **QUINNELL** is located, I am requesting precise location information for the next forty-five (45) days for the **Subject Account**.

## AUTHORIZATION REQUEST

35.     Based on the foregoing, I request that the Court issue the proposed warrant, pursuant to 18 U.S.C. § 2703(c) and Fed. R. Crim. P. 41. The proposed warrant will also function as a pen register order under 18 U.S.C. § 3123 authorizing the installation and use of a pen register and/or trap and trace device to record, decode, and/or capture certain information in **Attachment A** for each communication to or from the **Subject Account**, without geographic limit, for a period of forty-five (45) days pursuant to 18 U.S.C. § 3123(c)(1).

36.     I further request, pursuant to 18 U.S.C. § 2703(b)(1)(A), that the Court find that the government is not required to provide notice of this warrant to the subscriber,

customer, or person who was monitored. I also request, pursuant to 18 U.S.C. § 3123(d), that **VERIZON** be ordered not to disclose to the listed customer or any other person the existence and/or use of the pen register and trap-and-trace device sought herein. Additionally, there is reasonable cause to believe that providing immediate notification of the warrant to the subscriber, customer, or person who is being monitored may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the subscriber, customer, or user of the **Subject Account** would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 2705(a)(2). Therefore, I request that the Court order **VERIZON** not to notify any other person of the existence of this warrant and order for a period of one year from the date the requested warrant is issued, except that the service provider may disclose this warrant and order to an attorney for the service provider for the purpose of receiving legal advice. As further specified in **Attachment B**, which is incorporated into the warrant, the proposed search warrant does not authorize the seizure of any tangible property. *See* 18 U.S.C. § 3103a(b)(2). Moreover, to the extent that the warrant authorizes the seizure of any wire or electronic communication (as defined in 18 U.S.C. § 2510) or any stored wire or electronic information, there is reasonable necessity for the seizure for the reasons set forth above. *See* 18 U.S.C. § 3103a(b)(2).

37.     I further request that the Court direct **VERIZON** to disclose to the government any information described in Section I of **Attachment B** that is within its possession, custody, or control. Because the warrant will be served on **VERIZON**, who

will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

38.    I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed for a period of one year from the date the requested warrant is issued, or until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents as their premature disclosure may jeopardize this investigation.

Respectfully submitted,

Marisol Flores
Special Agent
FBI

Subscribed and sworn to before me on June 29 , 2023.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

1.  The cellular telephone assigned call number **(530) 715-4841** (the **"Subject Account"**) whose wireless service provider is **VERIZON** (the "Provider"), a company that accepts process at 180 Washington Valley Road, Bedminster, NJ 07921.

2.  Records and information associated with the **Subject Account** that is within the possession, custody, or control of the Provider.

## ATTACHMENT B

### Particular Things to Be Seized

I. **Information to be Disclosed by the Provider**

To the extent that the information described in **Attachment A** is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the **Subject Account** listed in **Attachment A**:

a.   The following information about the customers or subscribers associated with the **Subject Account** for the time period January 31, 2023, to the present:

   i.   Names (including subscriber names, user names, and screen names);

   ii.   Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

   iii.   Local and long-distance telephone connection records;

   iv.   Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

   v.   Length of service (including start date) and types of service utilized;

   vi.   Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity

Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

vii.   Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

viii.   Means and source of payment for such service (including any credit card or bank account number) and billing records;

ix.   All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the **Subject Account**, including:

    1.   the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses);

    2.   information regarding the cell tower and antenna face (also known as "sectors" through which the communication were sent and received; to include the cell tower roundtrip network measurements from tower to device and back to tower, commonly referred to as Timing Advance data (RTT, PCMD, TrueCall, LOCDBOR, etc.).

b.   The following information about the customers or subscribers associated with the **Subject Account** for a period of 45 days from the issuance of the warrant, including:

i.   Names (including subscriber names, user names, and screen names);

ii.   Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

iii.   Local and long-distance telephone connection records;

iv.   Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

v.   Length of service (including start date) and types of service utilized;

2

vi.   Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

vii.  Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

c.    Prospective information about the location of the cellular phone associated with the **Subject Account** for a period of 45 days (during all times of day and night) from the issuance of the warrant, including:

i.    E-911 Phase II data;

ii.   GPS data to include cell tower sector information;

iii.  Latitude-longitude data;

iv.   Other precise location information, including engineering data to include but not limited to RTT records, PCMD records, Location Database of Records (LOCDBOR) and/or NELOS records, TrueCall records, and all other records containing timing advance measurements and distance-to-tower measurements for all technologies (CDMA, GSM, UMTS, LTE, etc.); and

v.    Pen Register / Trap and Trace device with prospective cell site information or data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the **Subject Account** during any voice, SMS, and/or data transmission, including but not limited to engineering data which would include RTT records, PCMD records, Location Database of Records (LOCDBOR) and/or NELOS records, TrueCall records.

3

**II.** **Information to Be Seized by the Government**

All information described above in Section I that would assist and aid in the location and apprehension of **Chad Quinnell** pursuant to an active arrest warrant, as well any evidence of violations of distribution of child pornography.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by **VERIZON** in order to locate the things particularly described in this Warrant.

## ATTACHMENT C

### 18 U.S.C. § 3122 Certification

In support of this application, and pursuant to 18 U.S.C. § 3122, I state that I am an "attorney for the Government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure. I certify that the information likely to be obtained from the requested warrant is relevant to an ongoing criminal investigation being conducted by the Investigating Agency of Chad Quinnell for violations of the Target Offense.

I declare under penalty of perjury under the laws of the United States of America that the foregoing paragraph is true and correct.

6/28/23
DATE

JORDAN GANZ
Assistant United States Attorney